UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**COREY B. PAGE (#345030)**

**VERSUS**

**JAMES LEBLANC, ET AL**

**CIVIL ACTION**

**20-335-JWD-RLB**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.25) dated March 1, 2021, to which an objection (Doc. 26) was filed,

**IT IS ORDERED** that the defendants' Motions to Dismiss (R. Docs. 19 and 22) are granted and that this matter shall be dismissed, with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 24, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**